# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133076

LENA NICAJ and VASEL NICAJ,
　　　Plaintiffs-Appellees,

v

EAST-LIND HEAT TREAT, INC.,
　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133076
COA: 270428
Oakland CC: 2005-063609-NO

　　　On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

s0416

_____
Clerk